DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Rose<br><br>Case below:<br>177 N.C. App. 463 | No. 300P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-994) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 01/25/07 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 01/25/07 |
| State v. Scott<br><br>Case below:<br>178 N.C. App. 393 | No. 410P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1485) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 01/25/07 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 01/25/07 |
| State v. Speight<br><br>Case below:<br>361 N.C. 106 | No. 491PA04-2 | Def's Motion to Stay Issuance of Mandate and to Withdraw the Court's Slip Opinion (COA03-776) | Denied 01/03/07 |
| State v. Spencer<br><br>Case below:<br>177 N.C. App. 813 | No. 364P06 | Def's Motion for Dismissal (COA05-623) | Denied 01/25/07 |
| State v. Sturdivant<br><br>Case below:<br>178 N.C. App. 394 | No. 391P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-1194) | 1. Denied 01/25/07 |
| | | 2. Def's Motion for "Petition for Plain Error Review Pursuant to N.C.G.S. § 7A-28(B)(1)(2)(3)(4)" | 2. Dismissed 01/25/07<br><br>**Hudson, J., Recused** |
| State v. Turner<br><br>Case below:<br>177 N.C. App. 423 | No. 298P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-1046) | 1. Denied 01/25/07 |
| | | 2. Def's Alternative PWC To Review Decision of COA | 2. Denied 01/25/07 |
| State v. Verrett<br><br>Case below:<br>173 N.C. App. 643 | No. 633P05-2 | Def-Appellant's PWC (COA04-1713) | Dismissed 01/25/07 |
| State v. Windless<br><br>Case below:<br>177 N.C. App. 814 | No. 361P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1225) | Denied 01/25/07<br><br>**Hudson, J., Recused** |
| State v. Winston<br><br>Case below:<br>180 N.C. App. 238 | No. 624P06 | Def's Motion for PDR Under N.C.G.S. § 7A-31 (COA06-129) | Denied 01/25/07 |